## SMITH v FULTON et

Ohio Appeals, 6th Dist, Lucas Co

Decided April 12, 1935

Joseph L. Wetli, Toledo, for plaintiff.

Boggs & Chase, Toledo, for defendant Superintendent of Banks.

Holbrook & Banker, Toledo, for defendant The Metropolitan Life Insurance Co.

For full opinion see 4 OO 291; 199 NE 218; 51 Oh Ap 12.